Opinion approved by the Court.

Ernest CARTER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27437.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, 2 years.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.